

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00069-CR

| | | |
|---|---|---|
| JEFFREY DWAYNE BLANKENSHIP, Appellant | § | On Appeal from the 271st District Court |
| | § | of Jack County (4839) |
| V. | § | March 5, 2020 |
| | § | Opinion by Chief Justice Sudderth |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
　　　Chief Justice Bonnie Sudderth